UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                          Case No. 8:13-cr-173-T-33TBM

LARRY JOE JACKSON

_____/

**ORDER**

This matter comes before the Court on consideration of the Report and Recommendation of United States Magistrate Judge Thomas B. McCoun III (Doc. # 51), entered on October 18, 2013, recommending that Defendant's Motion to Suppress Illegally Seized Evidence and Request for a Franks Evidentiary Hearing (Doc. # 20) be denied. Defendant filed a timely objection to the Magistrate Judge's Report and Recommendation (Doc. # 55) on November 8, 2013, and the Government filed a response to Defendant's objection (Doc. # 58) on November 14, 2013.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no

requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the record, including the Report and Recommendation, Defendant's objections thereto, and the Government's response, the Court overrules the objections and adopts the Report and Recommendation. The Court agrees with Judge McCoun's well-reasoned findings of fact and conclusions of law, and the Court finds that Defendant's objections do not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of United States Magistrate Judge Thomas B. McCoun III (Doc. # 51), recommending that Defendant's Motion to Suppress Illegally Seized Evidence and Request for a Franks Evidentiary Hearing (Doc. # 20)

be denied is **ACCEPTED** and **ADOPTED**.

(2) Defendant's Motion to Suppress Illegally Seized Evidence and Request for a Franks Evidentiary Hearing (Doc. # 20) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th day of November, 2013.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record